No. 92–8075. LOERA-TELLEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8077. MOSES *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 92–8078. MAYHEW *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 92–8082. HASAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8090. PERDOMO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8094. ANDERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8161. OMASTA *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 92–1150. CHEMICAL MANUFACTURERS ASSN. ET AL. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 92–1258. MICHIGAN *v.* NANCE. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–8041 (A–733). STEARMAN *v.* UNITED STATES. C. A. 5th Cir. Application for stay of mandate and other relief, addressed to JUSTICE THOMAS and referred to the Court, denied. Certiorari denied.